1 **MCGUIREWOODS LLP**
Sabrina A. Beldner, Esq. (SBN 221918)
2     Email: sbeldner@mcguirewoods.com
Peter J. Choi, Esq. (SBN 306763)
3     Email: pchoi@mcguirewoods.com
1800 Century Park East, 8th Floor
4 Los Angeles, CA 90067
Telephone: 310.315.8200
5 Facsimile: 310.315.8210

6 Attorney for Defendant
REAL TIME STAFFING SERVICES, LLC
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ANTHONY POWERS, an individual, on behalf of himself and all others similarly situated and aggrieved,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GEODIS LOGISTICS LLC, a Tennessee Limited Liability Company; REAL TIME STAFFING SERVICES, LLC dba PROLOGISTIX, a California Limited Liability Company; and DOES 1 through 25, inclusive.<br><br>                    Defendants. | CASE NO. 5:25-cv-00010-JGB-DTB<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION AS TO REAL TIME STAFFING SERVICES, LLC dba PROLOGISTIX** |

TO THE HONORABLE JESUS G BERNAL, UNITED STATES DISTRICT COURT JUDGE:

PLEASE TAKE NOTICE that Plaintiff ANTHONY POWERS ("Plaintiff"), and Defendant REAL TIME STAFFING SERVICES, LLC ("RTSS") (collectively, the "Parties") mediated on November 6, 2025 with Mediator Jason Marsili. While the mediation was not successful, the Parties continued to engage in discussions through Mr. Marsili, and have reached an agreement in principle to settle Plaintiff's putative class action and representative action claims against RTSS for the RTSS employees that RTSS assigned to work at co-defendant GEODIS LOGISTICS LLC only. The Parties have exchanged drafts of and are working to memorialize the terms of the settlement.

DATED: January 12, 2026         **McGuireWoods LLP**

By: /s/ Sabrina Beldner
　　　Sabrina A. Beldner
　　　Peter J. Choi
　　Attorneys for Defendant
　　REAL TIME STAFFING SERVICES. LLC