W. Zev Abramson, State Bar No. 289387
WZA@AbramsonLabor.com
Megan E. Ross, State Bar No. 227776
Megan@AbramsonLabor.com
**ABRAMSON LABOR GROUP**
1700 West Burbank Boulevard
Burbank, California 91506
Tel.: (213) 493-6300
Fax: (213) 723-2522

Attorneys for Plaintiff ANTHONY POWERS
and all others similarly situated and aggrieved

**McGuireWoods LLP**
Sabrina A. Beldner, Esq. (SBN 221918)
　Email: sbeldner@mcguirewoods.com
Peter J. Choi, Esq. (SBN 306763)
　Email: pchoi@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:  310.315.8200
Facsimile:  310.315.8210

Attorney for Defendant
REAL TIME STAFFING SERVICES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY POWERS, an individual, on behalf of himself and all others similarly situated and aggrieved,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GEODIS LOGISTICS LLC, a Tennessee Limited Liability Company; REAL TIME STAFFING SERVICES, LLC dba PROLOGISTIX, a California Limited Liability Company; and DOES 1 through 25, inclusive.<br><br>　　　　Defendants. | CASE NO. 5:25-cv-00010-JGB-DTB<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION AS TO REAL TIME STAFFING SERVICES, LLC dba PROLOGISTIX** |

TO THE HONORABLE JESUS G BERNAL, UNITED STATES DISTRICT COURT JUDGE:

PLEASE TAKE NOTICE that Plaintiff ANTHONY POWERS ("Plaintiff"), and Defendant REAL TIME STAFFING SERVICES, LLC ("RTSS") (collectively, the "Parties") mediated on November 6, 2025 with Mediator Jason Marsili. While the mediation was not successful, the Parties continued to engage in discussions through Mr. Marsili, and have reached an agreement in principle to settle Plaintiff's putative class action and representative action claims against RTSS for the RTSS employees that RTSS assigned to work at co-defendant GEODIS LOGISTICS LLC only. The Parties have exchanged drafts of and are working to memorialize the terms of the settlement.

DATED: January 15, 2026            **ABRAMSON LABOR GROUP**

                                    By: /s/ Megan E. Ross (with permission)
                                        W. Zev Abramson
                                        Megan E. Ross
                                        Attorneys for Plaintiff
                                        ANTHONY POWERS

DATED: January 15, 2026            **MCGUIREWOODS LLP**

                                    By: /s/ Sabrina Beldner
                                        Sabrina A. Beldner
                                        Peter J. Choi
                                        Attorneys for Defendant
                                        REAL TIME STAFFING SERVICES, LLC

216323813.1

1

JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION AS TO REAL TIME STAFFING SERVICES, LLC dba PROLOGISTIX

**ATTESTATION**

I attest that all signatories listed above, and on whose behalf this document is submitted, have concurred in and authorized the filing of the document.

/s/ Sabrina Beldner
Sabrina Beldner