**McGuireWoods LLP**
Timothy M. Rusche (SBN 230036)
Email: trusche@mcguirewoods.com
Sutton T. McCann (SBN 365593)
Email: smccann@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210

Attorneys for Defendant
GEODIS LOGISTICS LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY POWERS, an individual, on behalf of himself and all others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>vs.<br><br>GEODIS LOGISTICS LLC, a Tennessee Limited Liability Company; REAL TIME STAFFING SERVICES, LLC dba PROLOGISTIX, a California Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 5:25−cv−00010−JGB−DTB<br><br>**JOINT STIPULATION TO CONTINUE MSJ HEARING AND FINAL PRETRIAL CONFERENCE**<br><br>[Filed concurrently with proposed order] |

## RECITALS

Plaintiff ANTHONY POWERS ("Plaintiff") and Defendant GEODIS LOGISTICS LLC ("Geodis") (Plaintiff and Geodis are collectively, the "Parties"), by and through their respective undersigned counsel, stipulate as follows:

WHEREAS, on June 5, 2026, this Court continued the hearing on Geodis's motion for summary judgment to July 13, 2026 (Dkt. 39);

WHEREAS, the Final Pretrial Conference in this matter is scheduled for July 20, 2026 (Dkt. 18);

WHEREAS, prior to the July 13, 2026 summary judgment hearing, the Parties must file and serve all pre-trial documents, including motions in limine and oppositions thereto, memorandum of contentions of fact and law, witness lists, joint exhibit lists, jury instructions, proposed final pretrial conference order, statement of the case, verdict forms, and voir dire questions;

WHEREAS, the Parties are in the process of negotiating a resolution to this matter, but they do not anticipate completing the process and being able to dismiss the lawsuit prior to the due date for pretrial documents or the summary judgment hearing date; and

WHEREAS, to save Court and Party resources, the Parties seek to continue the MSJ hearing date and Final Pretrial Conference by 60 days.

## STIPULATION

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Geodis, through their respective undersigned counsel, and subject to the Court's approval, that:

1. The hearing on Geodis's motion for summary judgment, currently set for July 13, 2026, be continued to September 7, 2026, or to another date thereafter that is more convenient for the Court;

223629616.2

1

JOINT STIPULATION TO CONTINUE MSJ HEARING AND PRETRIAL CONFERENCE

2.    The Final Pretrial Conference, currently set for July 20, 2026, be continued to September 21, 2026, or to another date thereafter that is more convenient for the Court; and

3.    All pretrial deadlines, excluding those that have already passed, shall be reset based on the date of the continued Final Pretrial Conference.

**IT IS SO STIPULATED.**

DATED: June 18, 2026          **ABRAMSON LABOR GROUP**

By:

_____
*/s/* Megan E. Ross
Megan E. Ross, Esq.
Attorneys for Plaintiff
ANTHONY POWERS

DATED: June 18, 2026          **MCGUIREWOODS LLP**

By:          */s/* Timothy M. Rusche
_____
Timothy M. Rusche, Esq.
Sutton T. McCann, Esq.
Attorneys for Defendant
GEODIS LOGISTICS LLC

223629616.2

2

JOINT STIPULATION TO CONTINUE MSJ HEARING AND PRETRIAL CONFERENCE

## ATTESTATION

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

*/s/* Timothy M. Rusche
TIMOTHY M. RUSCHE

223629616.2

JOINT STIPULATION TO CONTINUE MSJ HEARING AND PRETRIAL CONFERENCE