**McGuireWoods LLP**
Timothy M. Rusche, SBN 230036
trusche@mcguirewoods.com
Sutton T. McCann, SBN 365593
smccann@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
GEODIS LOGISTICS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY POWERS, an individual, on behalf of himself and all others similarly situated and aggrieved,<br><br>    Plaintiff,<br><br>    vs.<br><br>GEODIS LOGISTICS LLC, a Tennessee Limited Liability Company; REAL TIME STAFFING SERVICES, LLC dba PROLOGISTIX, a California Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO. 5:25−cv−00010−JGB−DTB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MSJ HEARING AND FINAL PRETRIAL CONFERENCE** |

## ORDER

Having reviewed and considered the Joint Stipulation to Continue MSJ Hearing and Final Pretrial Conference (the "Stipulation") filed by Plaintiff Anthony Powers ("Plaintiff") and Defendant Geodis Logistics LLC ("Geodis") (collectively, the "Parties") and finding good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows:

1.     The hearing on Geodis's motion for summary judgment, currently set for July 13, 2026, be continued to September 14, 2026, at 9:00 a.m.;

2.     The Final Pretrial Conference, currently set for July 20, 2026, is continued to September 21, 2026, at 11:00 a.m.;

3.     The Trial is continued from August 4, 2026 to October 6, 2026, at 9:00 a.m..

**IT IS SO ORDERED.**

Dated:  June 26, 2026

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

223630330.2

1

ORDER GRANTING JOINT STIPULATION TO CONTINUE MSJ HEARING AND PRETRIAL CONFERENCE